GEOFFREY A. HANSEN
Acting Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant LEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO LEY, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-12-0145 SI <br><br> STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING <br><br> Current hearing date: July 20, 2012 <br> Proposed hearing date: August 31, 2012 |

1.  Mr. Ley pled guilty on May 4, 2012.  At that time, the parties set his sentencing hearing for July 20, 2012.

2.  Between the time that the sentencing date was set and the time of the filing of this stipulation, defense counsel learned that she will be out of the district and thus unavailable on July 20, the date set for sentencing.

3.  In order to ensure that the defendant has his counsel present at all stages of his criminal case, defense counsel requests a continuance of the sentencing hearing and submits there is good cause for doing so.

4.  Defense counsel has consulted with the prosecutor and the probation officer in this case, and the first date that all parties are available is August 31, 2012.  As such, the parties stipulate and request that the Court continue the defendant's sentencing to that date.

Stip. To Continue, *U.S. v. Ley*, 12-145 SI

SO STIPULATED.

|  |  |
|---|---|
|  | GEOFFREY HANSEN<br>Acting Federal Public Defender |
| 6/19/12<br>DATE | /s/<br>RITA BOSWORTH<br>Assistant Federal Public Defender |
|  | MELINDA HAAG<br>United States Attorney |
| 6/19/12<br>DATE | /s/<br>DEBORAH DOUGLAS<br>Assistant United States Attorney |

For good cause shown, the Court hereby ORDERS that the sentencing hearing set for July 20 shall be VACATED and rescheduled for August 31, 2012, at 11:00 a.m.

| | |
|---|---|
| 6/21/12<br>DATE | SUSAN ILLSTON<br>United States District Judge |

Stip. To Continue, *U.S. v. Ley*, 12-145 SI

1